400 P.3d 619

**WELLS FARGO BANK, N.A.,**
Plaintiff-Appellee,

v.

**Theodorico ERUM, Jr., Defendant-**
**Appellant**

and

County of Kaua'i; State of Hawaii-Department of Taxation, Child Support Enforcement Agency-Kaua'i Branch; Koloa Marketplace, LLC; Kauai Credit Adjusters Limited, Defendants-Appellees,

and

John Does 1-50; Jane Does 1-50; DOE Partnerships 1-50; DOE Corporations 1-50; DOE Entities 1-50; and DOE Governmental Units 1-50, Defendants

NO. CAAP-15-0000742

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 5, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (CIVIL NO. 13-1-0288)

Vacate. Remand.

